IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03416-MSK-MJW

CORRINE MUNIS,

Plaintiff(s),

v.

TARGET CORPORATION, a Minnesota corporation,

Defendant(s).

## MINUTE ORDER

Entered by U.S. Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 18) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 18-1) is APPROVED as amended in paragraphs 4(e) and 11 and made an Order of Court.

Date: February 26, 2014