IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03416-MSK-MJW

CORRINE MUNIS,

Plaintiff(s),

v.

TARGET CORPORATION, a Minnesota corporation,

Defendant(s).

## MINUTE ORDER

Entered by U.S. Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order (docket no. 25) is GRANTED finding good cause shown.  The following deadlines are extended in the Rule 16 Scheduling Order (docket no. 16).

- a. Discovery cut off:  February 13, 2015
- b. Dispositive Motion deadline:  March 13, 2015
- c. Defendant's Expert Disclosure:  December 19, 2014
- d. Rebuttal Expert Disclosure to Defendant:  January 19, 2015
- e. Deadline to serve interrogatories:  January 5, 2015
- f. Deadline to serve Requests for Production and Requests for Admissions:  January 5, 2015.
- g. Deadline to Complete Depositions:  February 13, 2015

Date: September 2, 2014