IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-CV-03416-MSK-MJW

CORRINE MUNIS,

    Plaintiff

v.

TARGET CORPORATION,

    Defendant.

---

**ORDER REGARDING JOINT MOTION TO APPROVE STIPULATION REGARDING PLAINTIFF'S ALLEGED INJURIES AND DAMAGES AND EVIDENCE CONCERNING THE SAME** ( Docket No. 31 )

---

This matter, having come before this Court on the parties' Joint Motion to Approve Stipulation Regarding Plaintiff's Alleged Injuries and Damages and Evidence Concerning The Same, and the Court being adequately advised,

Orders that the Joint Motion is GRANTED. The Court approves the parties' Stipulation and finds that Dr. Stanley's report dated November 20, 2014 is authentic, relevant and admissible in the trial of this action for the reasons stated in the Joint Motion.

Dated: December 2, 2014.

                        BY THE COURT:

                        Michael J. Watanabe
                        United States Magistrate Judge